# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**JERRY DEWAYNE HENDERSON** )
)
v. ) No. 3:05-0211
) Judge Echols
**SCOTT SULFRIDGE, ET AL.** )

## O R D E R

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered January 11, 2006 (Docket Entry No. 22), to which no objection has been filed. In the R&R the Magistrate Judge recommends that Defendants' Motion for Summary Judgment (Docket Entry No. 11) be granted and this case be dismissed.

Plaintiff brings this action against Defendants pursuant to 42 U.S.C. § 1983 asserting use of unreasonable force in arresting him in violation of his constitutional rights. On October 24, 2005, Defendants filed their Motion for Summary Judgment and accompanying Memorandum, supporting affidavits, and a statement of facts (See Docket Entry Nos. 11, 12, 13, 14, 16, 17, 18, 19, 20, 21). Plaintiff did not respond to the Motion for Summary Judgment, nor has he filed objections to the R&R.

After reviewing the Magistrate Judge's R&R and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are APPROVED AND ADOPTED.

1

Accordingly, Defendants' Motion for Summary Judgment (Docket Entry No. 11) is GRANTED and this case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order shall constitute the final judgment in this action.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE